## BENOIT v. BURKE.

### No. 1994.

Court of Appeal of Louisiana. First Circuit.

June 6, 1939.

Chas. C. Jaubert, of Lake Charles, for appellant.

Robt. R. Stone, of Lake Charles, for appellee.

OTT, Judge.

For the reasons assigned in the case of Leon Myers v. John T. Burke, La.App., 189 So. 482, this day decided, it is ordered that the judgment herein appealed from be and the same is hereby annulled, avoided and reversed, and it is now ordered, adjudged and decreed that there be judgment herein in favor of the plaintiff, Louis

Benoit, and against the defendant, John T. Burke, in the full sum of one hundred dollars, with legal interest thereon from judicial demand until paid, and for cost in both courts.